400 P.3d 618

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Napali PAA, Defendant-Appellant**

**NO. CAAP-16-0000316**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
August 31, 2017

APPEAL FROM THE CIRCUIT COURT
OF THE SECOND CIRCUIT (CR. NO. 14-
1-0606(1))

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

400 P.3d 618

**Robert PERALES, Plaintiff-Appellant,**

v.

**GARY BLUM, M.D.; Robert Atkinson, M.D.; Orthopedic Associates of Hawaii, LLP, Defendants-Appellees**

**NO. CAAP-14-0000818**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
August 31, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 12-
1-0613-03).

Remanded.

400 P.3d 618

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Amber NAKI, Defendant-Appellant**

**NO. CAAP-16-0000614**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
August 31, 2017

APPEAL FROM THE DISTRICT
COURT OF THE FIRST CIRCUIT,
KANEʻOHE DIVISION (CASE NO. 1DCW-
15-0005548)

SUMMARY DISPOSITION ORDER

Affirmed.